# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# AT LEXINGTON

**CIVIL ACTION NO. 21-131-DLB**

**CLAYTON ABLE**                                                                                           **PLAINTIFF**

**v.**                                                 **JUDGMENT**

**RENAE HARDEN and KAREN TOMBLIM**                                       **DEFENDANTS**

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

**IT IS ORDERED** and **ADJUDGED** as follows:

(1) Plaintiff Clayton Able's Complaint (Doc. # 1) is **DISMISSED WITH PREJUDICE** and Judgment is **ENTERED** in favor of the Defendants; and

(2) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 28th day of May, 2021.



J:\DATA\ORDERS\PSO Orders\5-21-131 Judgment .docx